IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DUSTIN P. ERON,

                    Plaintiff,

        v.                                                           ORDER

FRANK BISIGNANO,                                              25-cv-700-amb
*Commissioner of Social Security*,[1]

                    Defendant.

---

Pursuant to a joint motion for remand filed by the parties on May 22, 2026, Dkt. 18, IT IS HEREBY ORDERED that the motion is GRANTED and this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that motion.  Specifically, on remand, the Appeals Council will remand the case to an administrative law judge (ALJ) with instructions to grant the claimant a new hearing, further evaluate whether he could perform work existing in the national economy, and issue a new opinion.  In so doing, the ALJ should evaluate the medical source opinion(s) and/or prior administrative medical findings pursuant to the provisions of 20 C.F.R. §§ 404.1520c, 416.920c.  The ALJ should proceed through the sequential disability evaluation process as appropriate, obtain supplemental vocational expert testimony if warranted, and issue a new decision.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano is substituted as the defendant in this suit.

Entered June 12, 2026.

BY THE COURT:

/s/

_____
ANITA MARIE BOOR
Magistrate Judge